**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**JOSEPH CHALIFOUX,**

**Plaintiff,**

**v.** **Case No: 5:26-cv-239-JEP-PRL**

**THE CANYONS AT HIGHLAND RANCH HOMEOWNERS ASSOCIATION, INC., RYAN GARRO, KEITH WHITACRE, SIMONE RIBEIRO, KAREN J. WONSETLER, ESQ., and WONSETLER & WEBNER, P.A.,**

**Defendants.**

---

**ORDER**

This cause comes before the Court on *pro se* Plaintiff's Time-Sensitive Motion for Immediate Adjudication of Doc. 44 (Doc. 96), which the Court construes as a motion to immediate ruling on Plaintiff's Motion to Disqualify Counsel, or Alternatively, for Conflict-Free Case-Management Procedures (Doc. 44), and Plaintiff's Emergency Motion to Disqualify Cole, Scott & Kissane, P.A. from Representing Nonparty Witness Kirk Clendinning, to Compel Pre-Deposition Production, and for Protective and Preservation Relief (Doc. 97). In the emergency motion, Plaintiff moves for "emergency relief governing the subpoena production and deposition of nonparty Kirk Clendinning, currently scheduled for August 7, 2026," which he contends "is an actual discovery emergency, not a request to regulate a theoretical conflict." (Doc. 97 at p. 1).

Currently, this case, including discovery, has been stayed pending further Order of the Court, pursuant to the Court's inherent authority to manage its docket. (*See* Doc. 98). The U.S. District Court for the Middle District of Florida is one of the busiest in the country. The Court is aware of Plaintiff's Motion to Disqualify Counsel, or Alternatively, for Conflict-Free Case-Management Procedures (Doc. 44), and will issue a ruling on it in due course.

Accordingly, it is **ORDERED** that:

(1) Plaintiff's Time-Sensitive Motion for Immediate Adjudication of Doc. 44 (Doc. 96) is **DENIED**.

(2) Plaintiff's Emergency Motion to Disqualify Cole, Scott & Kissane, P.A. from Representing Nonparty Witness Kirk Clendinning, to Compel Pre-Deposition Production, and for Protective and Preservation Relief (Doc. 97) is **DENIED as moot**, in light of the Court's July 31, 2026 Order staying the case.

**DONE** and **ORDERED** in Ocala, Florida on August 5, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties